1

2

3

4

5

6

7

8                          United States District Court

9                         Eastern District of California

10

11

12   United States of America,

13           Plaintiff,                 No. Mag. 05-0293-JFM

14       vs.                            Detention Order

15   Sergio Ramirez,

16           Defendant.

17                                      -oOo-

18   A.   <u>Order For Detention</u>

19       After conducting a detention hearing pursuant to 18 U.S.C. §
     3142(f) of the Bail Reform Act, the Court orders the above-named
20   defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

21   B.   <u>Statement Of Reasons For The Detention</u>

22       The Court orders the defendant's detention because it finds:

23
          <u>  x  </u>      By   a   preponderance   of  the  evidence  that  no
24                     condition  or  combination  of  conditions  will
                       reasonably assure the appearance of the defendant
25                     as required.

26        <u>  x  </u>      By clear and convincing evidence that no condition
                       or combination of conditions will reasonably assure

1          the safety of any other person and the community.

2   C.   Findings Of Fact

3          The Court's findings are based on the evidence which was
presented in Court and that which was contained in the Pretrial
4   Services Report, and includes the following:

5      __x__      (1)  Nature  and Circumstances of the offense
                       charged.
6
              __x__      (a) The crime.
7
              __x__      (b) The offense is a crime of violence.
8
              _____      (c) The offense involves a narcotic.
9
              _____      (d) The offense involves a large amount of
10                            controlled substances.

11     __x__      (2)  The  weight  of the evidence against the
                       defendant is high.
12
       _____      (3)  The history and characteristics of the
13                      defendant including:

14            _____(a)  General Factors:

15                   _____      The defendant appears to have a mental
                                 condition which may affect whether the
16                               defendant will appear.

17                   _____      The defendant has no family ties in the
                                 area.
18
                     _____      The defendant has no steady employment.
19
                     _____      The defendant has no substantial
20                               financial resources.

21                   _____      The defendant is not a long time resident
                                 of the community.
22
                     _____      The defendant does not have any
23                               significant community ties.

24                   _____      Past conduct of the defendant:

25                   _____      The defendant has a history relating to
                                 drug abuse.
26

       __ x __       The defendant has a significant prior criminal record.

       _____       The defendant has a prior record of failure to appear at court proceedings.

    (b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

       __ x __       Probation.

       _____       Parole.

       _____       Release pending trial, sentence, appeal or completion of sentence.

    (c) Other Factors

       _____       The defendant is an illegal alien and is subject to deportation.

       _____       The defendant is a legal alien and will be subject to deportation if convicted.

       _____       Other:

__ x __    (4)  <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

       _____    (a) (1) The crime charged is one described in § 3142(f)(1)

              _____    (A) a crime of violence; or

              _____    (B) an offense for which the maximum penalty is life imprisonment or death; or

              _____    (C) a controlled substance violation that has a maximum penalty of ten years or more; or

              _____    (D) a felony and defendant

1
2

                                    previously was convicted of two or more of the offenses described in (A) through (C) above and

3
4

      (2)    Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above and

5
6

      (3)    The offense referred to in subparagraph (2) was committed while defendant was on release pending trial and

7
8
9

      (4)    Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2).

     x      (b)    There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed

10
11
12
13

     _____      in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

     _____      the Controlled Substances Act , 21 U.S.C. §§ 951, et seq.,

14
15
16

     _____      the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

     x      an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

17
18
19
20

     _____      an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

21
22

D.    Additional Directives

    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

23
24
25

    The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

26

1     The defendant be afforded reasonable opportunity for private consultation with his counsel; and

2

3     That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

4

5

6     Dated: October 17, 2005

7

8                                         /s/ Peter A. Nowinski
                                          Peter A. Nowinski
9                                         Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26